United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10383-amc

Rosalind Parrish     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Aug 23, 2022    Form ID: 155    Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosalind Parrish, 916 E. Upsal Street, Unit A, Philadelphia, PA 19150-3712 |
| 14694167 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14694252 | + | Pennymac Loan Services, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14685195 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14684458 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14683945 | | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14669907 | | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14705962 | | Email/Text: megan.harper@phila.gov | Aug 24 2022 00:00:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14669908 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2022 23:59:00 | Midland Funding, LLC, POB 2011, Warren, MI 48090-2011 |
| 14696707 | + | Email/Text: blegal@phfa.org | Aug 23 2022 23:59:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14669910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2022 00:06:13 | Portfolio Recovery Assoc., LLC, PO Box 41067, Norfolk, VA 23541 |
| 14669909 | + | Email/Text: blegal@phfa.org | Aug 23 2022 23:59:00 | Pennsylvania Housing FInance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14670300 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 00:06:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670827 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 00:06:09 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669911 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 24 2022 00:06:07 | U.S. Department of Housing & Urban Devel, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 23, 2022 | Form ID: 155 | Total Noticed: 15

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Rosalind Parrish Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rosalind Parrish
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10383−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 23rd day of August 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Ashely M. Chan
                                              Judge ,
                                              United States Bankruptcy Court

                                                                                28 − 11, 25
                                                                                 Form 155