IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ROSALIND PARRISH   :   CHAPTER 13
:
:
DEBTOR   :   BANKRUPTCY No. 22-10383

ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

**Date: March 28, 2023**

_____
THE HONORABLE ASHELY M. CHAN